4-638385

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAERSK SEALAND,

    Plaintiff,

- against -

LOGICO EXPRESS, and
CARLOS OVALLE,

    Defendants.

CIVIL COMPLAINT
IN ADMIRALTY

04

MAGISTRATE JUDGE Bowler

  Plaintiff MAERSK SEALAND by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, and its Designated Local Counsel, PITTS AND PITTS, as and for its Complaint against defendants LOGICO EXPRESS and CARLOS OVALLE, in personam, in a cause of action civil and maritime, alleges upon information and belief:

  1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. 1701 et seq., and Clause 14 of the Bill of Lading.

  2. At all times hereinafter mentioned, plaintiff MAERSK SEALAND was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

  3. Upon information and belief and at all times hereinafter mentioned, defendant LOGICO EXPRESS ("LOGICO") was and still is a company operating under the laws of the Commonwealth of Massachusetts, with offices and a place of business at 117 Western Avenue, Lynn, MA 01904

RECEIPT # 53506
AMOUNT $ 150 -
SUMMONS ISSUED Y-1
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE 1-30-04

4. Upon information and belief and at all times hereinafter mentioned, defendant CARLOS OVALLE ("OVALLE"), was and still is a natural person and resident of the Commonwealth of Massachusetts, residing at c/o Logico Express, 117 Western Avenue, Lynn, MA 01904, and is the owner of defendant LOGICO.

## AS AND FOR A FIRST CAUSE OF ACTION
## AGAINST DEFENDANT LOGICO

5. Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1-3, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

6. On or about the dates and at the port of shipment stated in Schedule A, hereto, certain goods were delivered to plaintiff to be carried to the port of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published, all as set forth in Schedule A.

7. Thereafter, the said goods were transported to the port of destination and delivered to the consignees and/or their agents.

8. Plaintiff has performed all acts required to be performed by plaintiff.

9. Defendant has failed and refused, and continues to fail and refuse to remit the payment due of $6,653.00, although duly demanded.

10. By reason of the foregoing, plaintiff has sustained damages in the amount of $6,653.00 which, although duly demanded, have not been paid.

## AS AND FOR A SECOND CAUSE OF ACTION
## AGAINST DEFENDANT OVALLE

11. Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1, 2, 4 and 6-10, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

12. Pursuant to Clause 14.4 of the Bill of Lading, the principals of the shipper are jointly and severally liable for the ocean freight and related charges due.

13. Defendant OVALLE, as owner of defendant LOGICO is liable for the $6,653.00 due.

14. Plaintiff has performed all acts required to be performed by plaintiff.

15. Defendant has failed and refused, and continues to fail and refuse to remit the payment due of $6,653.00, although duly demanded.

16. By reason of the foregoing, plaintiff has sustained damages in the amount of $6,653.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. On the First Cause of Action - for judgment in the amount of $6,653.00, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. On the Second Cause of Action – for judgment in the amount of $6,653.00, together with interest thereon, costs, disbursements and a reaonable attorney's fee.

3. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

4. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
Lynn, Massachusetts
January 30, 2004

PITTS AND PITTS

By_____
Edmund M. Pitts
BBO400880
Designated Local Counsel for Plaintiff
MAERSK SEALAND
152 Lynnway, Unit 1F
Lynn, MA 01902
(781) 596-7171

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
   Albert J. Avallone - AA1679
   Attorneys for Plaintiff
   MAERSK SEALAND
   551 Fifth Avenue, Suite 1701
   New York, NY 10176
   (212) 696-1760

## SCHEDULE A

I. <u>Particulars</u>:

    1. Bill of Lading No. SJID40403, dated October 30, 2003, from Newark to Rio Haina <u>via</u> Miami on the Vessel ROTHORN, one (1) forty-five foot Hi-Cube SAID TO CONTAIN: USED PERSONAL EFFECTS, at the applicable tariff and/or Service Contract rate of $2,602.00 (Exhibit A).

Amount Paid: $1,053.00        Amount Due: $1,549.00

    2. Bill of Lading No. SJ191115, dated November 22, 2003, from Newark to Rio Haina <u>via</u> Miami on the Vessel ARA J, one (1) forty-five foot Hi-Cube SAID TO CONTAIN: USED PERSONAL EFFECTS, at the applicable tariff and/or Service Contract rate of $2,602.00 (Exhibit B).

Amount Paid: $0        Amount Due: $2,602.00

    3. Bill of Lading No. SJ1308618, dated December 18, 2003, from Newark to Rio Haina <u>via</u> Miami on the Vessel ARA J, one (1) forty-five foot Hi-Cube SAID TO CONTAIN: USED PERSONAL EFFECTS, at the applicable tariff and/or Service Contract rate of $2,502.00 (Exhibit E).

Amount Paid: $0        Amount Due: $2,502.00

II. <u>Total Amount Due: $6,653.00</u>

**MAERSK SEALAND**

B/L No. MAEU SJ1D40403

**Shipper/Exporter (complete name and address)**
LOGICO EXPRESS
117 WESTERN AVE
LYNN MA 01904

**Booking No.** 001945911

**Export references**

**Consignee (complete name and address)**
ALCEDO MATIAS
C/LOMA DE ORTEGA #3
STO. DGO.

**Forwarding agent - references**

Shipper memoranda not part of Bill of Lading

**Point and Country of Origin**

**Notify Party (complete name and address)**
ALEXPRESS
STO. DGO.

**Domestic routing/export instructions**

| *Precarriage by | *Place of Receipt NEWARK | Onward inland routing |
|---|---|---|
| Vessel ROTHORN | Voy No. 0342 | Port of Loading MIAMI |
| Port of Discharge RIO HAINA | *Place of Delivery RIO HAINA | |

**CARRIER'S RECEIPT** — **PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| SEAU4809018 0110 | 1 | CY / CY X 45' HC STC 150 PIECES OF PERSONAL EFECTS (USED) MERCANCIAS DE CASA Y EFECTOS PERSONALES SC NO: 14380 | 8500.000 LBS | 1200.000 CFT |

NON NEGOTIABLE COPY

EXHIBIT "A"

| Freight & Charges | Rate | Unit | Prepaid | Collect |
|---|---|---|---|---|
| BASIC FREIGHT 1.00* | 2000.00 USD | 45' | 2000.00 | |
| CHASSIS USAGE CHARGE | 40.00 USD | SX | 40.00 | |
| PORT SECURITY (US) | 112.00 USD | SX | 112.00 | |
| VALUE ADDED TAX (VAT) | 35.00 USD | SX | 35.00 | |
| BUNKER ADJUST FACTOR | 315.00 USD | SX | 315.00 | |
| SED FILING FEE | USD | SM | 100.00 | |

| Declared Value Charges (see clause 6) for Declared Value of US $ | Total Prepaid USD 2602.00 | Shipped in apparent good order and condition, unless otherwise stated herein, for transportation on board the ocean vessel mentioned herein or any substituted vessel or on board the feeder vessel or other means of transportation (rail or truck) if place of receipt is named in this Bill of Lading, the goods or packages or containers said to contain goods, hereinafter called "the Goods", specified herein for carriage from the port of loading named herein or place of receipt if mentioned herein, on a voyage as described and agreed by this Bill of Lading and discharge at the port of discharge named herein or deliver at the place of delivery if mentioned herein, such carriage, discharge or delivery being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed in like order and condition at the port of discharge or place of delivery if named as the case may be, for delivery unto the Consignee mentioned herein or to his or their assigns where the Carrier's responsibilities shall in all cases and in all circumstances whatsoever finally cease. It is further agreed that Containers may be stowed on deck without notice pursuant to Clause 16 on the reverse side of this Bill of Lading. IN WITNESS whereof the number of original Bills of Lading stated on this side have been signed, one of which being accomplished the others(s) to be void. |
|---|---|---|
| Number of Original B(s)/L | Total Collect | |
| Place of Issue RESOURCE US | Date OCT 30 03 | OCT 30 2003 |
| *Applicable only when document used as a Combined Transport Bill of Lading | | MAERSK INC. As Agent(s) only |

M2003                                                                                                 12107/5000M/6-03/DR

# MAERSK SEALAND

B/L No. MAEU SJ1291115

**Shipper/Exporter (complete name and address)**
LOGICO EXPRESS
117 WESTERN AVE.
LYNN MA 01904

**Booking No.** 001983635

**Export references**

**Consignee (complete name and address)**
ALCEDO MATIAS
C/LOMA DE ORTEGA # 3
SANTO DOMINGO

**Forwarding agent - references**

*Shipper memoranda not part of Bill of Lading*

**Point and Country of Origin**

**Notify Party (complete name and address)**
ALEXPRESS
STO. DGO.

**Domestic routing/export instructions**

**Precarriage by**

**Place of Receipt:** NEWARK

**Vessel:** ARA J  **Voy No.:** 0328  **Port of Loading:** MIAMI

**Onward inland routing**

**Port of Discharge:** RIO HAINA  **Place of Delivery:** RIO HAINA

## CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| SEAU8710743 00109 | 1 | CY / CY X 45' HC STC 150 PIECES OF PERSONAL EFECTS (USED) MERCANCíAS DE CASA Y EFECTOS PERSONALES SC NO: 14380 | 8500.000 LBS | 1200.000 CFT |

**NON NEGOTIABLE COPY**

**EXHIBIT "B"**

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT 1.00* | 2000.00 | USD | 45' | 2000.00 | |
| CHASSIS USAGE CHARGE | 40.00 | USD | SX | 40.00 | |
| PORT SECURITY (US) | 112.00 | USD | SX | 112.00 | |
| VALUE ADDED TAX (VAT) | 35.00 | USD | SX | 35.00 | |
| BUNKER ADJUST FACTOR | 315.00 | USD | SX | 315.00 | |
| SED FILING FEE | | USD | SM | 100.00 | |

**Declared Value Charges (see clause 6) for Declared Value of US $**

**Total Prepaid:** USD 2602.00
**Total Collect:**

**Number of Original B(s)/L**

**Place of Issue:** RESOURCE US
**Date:** NOV 22 03

NOV 22 2003

MAERSK INC.
As Agent(s) only

M2003                                 12107/5000M/6-03/DR

# MAERSK SEALAND

B/L No. MAEU SJ1308618

**Shipper/Exporter (complete name and address)**
LOGICO EXPRESS
117 WESTERN AVE.
LYNN MA 01904

**Booking No.**
002007709

**Export references**

**Consignee (complete name and address)**
ALCEDO MATIAS
C/LOMA DE ORTEGA # 3
SANTO DOMINGO

**Forwarding agent - references**

Shipper memoranda not part of Bill of Lading

**Point and Country of Origin**

**Notify Party (complete name and address)**
ALEXPRESS
STO. DGO.

**Domestic routing/export instructions**

| *Precarriage by | *Place of Receipt | | |
|---|---|---|---|
| | NEWARK | | |
| Vessel | Voy No. | Port of Loading | Onward inland routing |
| ARA J | 0332 | MIAMI | |
| Port of Discharge | | *Place of Delivery | |
| RIO HAINA | | RIO HAINA | |

**CARRIER'S RECEIPT** — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| APMU4525309 0108 | 1 | CY / CY X 45' HC STC 150 PIECES OF PERSONAL EFECTS (USED) MERCANCÍAS DE CASA Y EFECTOS PERSONALES SC NO: 14380 | 8000.000 LBS | 1200.000 CFT |

**NON NEGOTIABLE COPY**

**EXHIBIT "C"**

| Freight & Charges | Rate | Unit | Prepaid | Collect |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 2000.00 USD | 45' | 2000.00 | |
| BUNKER ADJUST FACTOR | 315.00 USD | SX | 315.00 | |
| CHASSIS USAGE CHARGE | 40.00 USD | SX | 40.00 | |
| PORT SECURITY (US) | 112.00 USD | SX | 112.00 | |
| VALUE ADDED TAX (VAT) | 35.00 USD | SX | 35.00 | |

**Declared Value Charges** (see clause 6) for Declared Value of US $

**Number of Original B(s)/L**

**Total Prepaid**
USD    2502.00

**Total Collect**

Shipped in apparent good order and condition, unless otherwise stated herein, for transportation on board the ocean vessel mentioned herein or any substituted vessel or on board the feeder vessel or other means of transportation (rail or truck) if place of receipt is named in this Bill of Lading, the goods or packages or containers said to contain goods, hereinafter called "the Goods", specified herein for carriage from the port of loading named herein or place of receipt if mentioned herein, on a voyage as described and agreed by this Bill of Lading and discharge at the port of discharge named herein or deliver at the place of delivery if mentioned herein, such carriage, discharge or delivery being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed in like order and condition at the port of discharge or place of delivery where the case may be, for delivery unto the Consignee mentioned herein or to his or their assigns where the Carrier's responsibilities shall in all cases and in all circumstances whatsoever finally cease. It is further agreed that Containers may be stowed on deck without notice pursuant to Clause 16 on the reverse side of this Bill of Lading. IN WITNESS whereof the number of original Bills of Lading stated on this side have been signed, one of which being accomplished the other(s) to be void.

| Place of Issue | Date | |
|---|---|---|
| RESOURCE US | DEC 18 03 | DEC 19 2003 |

*Applicable only when document used as a Combined Transport Bill of Lading

MAERSK INC.
As Agent(s) only

M2003

12107/5000M/6-03/DR