# United States District Court

DISTRICT OF __MASSACHUSETTS__

MAERSK SEALAND,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

LOGICO EXPRESS, and
CARLOS OVALLE,

TO: (Name and address of defendant)



CARLOS OVALLE
c/o Logico Express
117 Western Avenue
Lynn, MA   01904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES
551 Fifth Avenue, Suite 1701
New York, NY   10176
(212) 696-1760
AA1679

<u>Designated Local Counsel</u>:
PITTS & PITTS
152 Lynnway, Unit 1F
Lynn, MA   01902
(781) 5967171

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   TONY ANASTAS

DATE   1-30-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE **FEB 5-04** |
| NAME OF SERVER (PRINT) **FRANCIS DENEHY** | TITLE **Constable** |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Left with Mele Pena at place of business at 117 Western Ave Lynn Ma 01904 at 11:15 am**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES **$25.00** | TOTAL **$25.00** |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **Feb 5-04**           *Francis Denehy*
             Date                              Signature of Server

                                    **Constable**
                                    Address of Server
                                    **25 Cannon Rock Rd**
                                    **Lynn Ma 01904**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.