4-638385

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 MAR 15 P 12: 20

DISTRICT COURT
OF MASS

MAERSK SEALAND, )
                                    Plaintiff, )
                                     - against - )
LOGICO EXPRESS, and )
CARLOS OVALLE, )
                                 Defendants. )

04 CV 10221 RGS

NOTICE AND ORDER
OF DISMISSAL

PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, without prejudice and without costs as to each party against the others, the defendants not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: Boston, Massachusetts
       Lynn, Massachusetts
       New York, New York
       March 11, 2004

PITTS AND PITTS

By _____
Edmund M. Pitts
BBO400880
Designated Local Counsel for Plaintiff
152 Lynnway, Unit 1F
Lynn, MA 01902
(781) 596-7171

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES


By _____/s/_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM-AMERICAN ISRAELI SHIPPING
CO., INC.
551 Fifth Avenue, Suite 1701
New York, NY  10176
(212) 696-1760


SO ORDERED:


_____
U.S.D.J.